United States District Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ALEXIS MIGUEL MINOPE TULLUME,** | § § § | |
| Petitioner, | § | |
| v. | § § | **Civil Action No.** 1:25-cv-299 |
| **KRISTI NOEM**, Secretary, U.S. Department of Homeland Security, *et al.*, | § § § | |
| Respondents. | § | |

### ORDER

The Court has reviewed the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, No. 25-20496, 2026 WL 323330 (5th Cir. 2026). The Court views the Fifth Circuit's opinion as precluding Petitioner Alexis Miguel Minope Tullume's claims based on the application of 8 U.S.C. §§ 1225 and 1226.

**ACCORDINGLY**, it is **ORDERED** that all deadlines and hearings are hereby **CANCELED.**

It is **FURTHER ORDERED** that, by no later than **March 3, 2026,** Petitioner shall file a Statement explaining why the Fifth Circuit's decision in *Buenrostro-Mendez* does not result in denial of his Petition.

If the Petitioner does not timely file a Statement or fails to show how *Buenrostro-Mendez* does not result in denial his claims, the Court can, and likely will, deny the Petition and dismiss this case.

**SIGNED** on this **17th** day of **February, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**