United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ALEXIS MIGUEL MINOPE TULLUME, "Petitioner," | § § § | |
| v. | § § § | Civil Action No. 1:25-CV-00299 |
| KRISTI NOEM, *et al.*, "Respondents," | § § § | |

**<u>ORDER</u>**

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), "The Magistrate Judge's Report and Recommendation" (Dkt. No. 7) ("Report and Recommendation"), and "Petitioner's Notice of Dismissal as Moot and Response to Magistrate Report and Recommendations" (Dkt. No. 8) ("Notice of Voluntary Dismissal").

Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required. *In re Amerijet International, Inc.*, 785 F.3d 967 (5th Cir. 2015); *Qureshi v. United States,* 600 F.3d 523, 525 (5th Cir.2010).

Here, none of the Respondents have filed an answer or a motion for summary judgment. Although the Magistrate Judge has issued a Report and Recommendation, the District Court has not entered a final judgment. The filing of Petitioner's Notice of Voluntary Dismissal is therefore effective immediately under Rule 41(a)(1)(A)(i). *See In re Amerijet International, Inc.*, 785 F.3d 967 (5th Cir. 2015).

Thus, Petitioner's claims against the Respondents are **DISMISSED without prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). The Magistrate's Report and Recommendation (Dkt. No. 7) is **DENIED** as moot. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 10th day of November 2026.

Rolando Olvera
United States District Judge